BILL YOUNG, *Plaintiff in Error,* v. STATE OF FLORIDA, *Defendant in Error.*

En Banc.

Opinion filed February 16, 1929.

Petition for rehearing denied March 28, 1929.

*Whitaker Brothers,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,* for the State.

Affirmed.